Stuart Michael Price (SBN 150439)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Ste 1100
Encino, CA 91436
Phone: 818-205-2411
Fax: 818-205-2412
Email: stuart@pricelawgroup.com
Attorneys for Plaintiff,
MANDY TIGERT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MANDY TIGERT,<br><br>    Plaintiff,<br><br>  vs.<br><br>PERFORMANT RECOVERY, INC.;<br>DOES 1 - 10, inclusive.<br><br>    Defendants. | Case No. 4:14-cv-02188-DMR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS PERFORMANT RECOVERY, INC.; DOES 1 - 10, inclusive.** |

Plaintiff, MANDY TIGERT, by counsel, and Defendants, PERFORMANT RECOVERY, INC.; DOES 1 - 10, inclusive, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against PERFORMANT RECOVERY, INC.; DOES 1 - 10, inclusive should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT–
4:14-cv-02188-DMR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

                          Respectfully submitted,

Date: <u>October 16, 2014</u>        By: <u>/s/ Stuart M. Price</u>
                                    Stuart Michael Price (SBN 150439)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Ste 1100
Encino, CA 91436
Phone: 818-205-2411
Fax: 818-205-2412
Email: stuart@pricelawgroup.com
*Counsel for Plaintiff,*
*Mandy Tigert*

Date: <u>October 16, 2014</u>        By: <u>/s/ Elizabeth E. Franklin</u>
Elizabeth E. Franklin
333 N. Canyons Parkway Suite 100
Livermore, CA 94551
925-960-4764
Fax: 925-960-4880
Email: efranklinlaw@gmail.com
*Counsel for Defendant, Performant Recovery, Inc.*

STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT–
4:14-cv-02188-DMR